# UNITED STATES DISTRICT COURT

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

for the

_____Western_____ District of ___Virginia___

MAR 2 7 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

United States of America )
v. )
Stacey Wallace Majors )
) Case No: 4:04CR70123-001
) USM No: 10869-084
Date of Previous Judgment: September 26, 2005 )
(Use Date of Last Amended Judgment if Applicable) )
) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____144_____ months **is reduced to** _____129 months_____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 30 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 120 to 135 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated ___9/26/2005___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 3-27-04

Judge's signature

Effective Date: 3/3/08 4-7-04
(if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title